## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| DAWN D.,                  ) <br>                   ) <br>         PLAINTIFF   ) <br>                   ) <br> v.                 ) <br>                   ) <br> ANDREW M. SAUL, COMMISSIONER,  ) <br> SOCIAL SECURITY ADMINISTRATION,  ) <br>                   ) <br>         DEFENDANT  ) | CIVIL NO. 1:19-cv-350-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On March 18, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. After extension, the time within which to file objections expired on May 1, 2020, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The administrative decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 4TH DAY OF MAY, 2020**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**